NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1565, -1566

POSTX CORPORATION,

Plaintiff/Counterclaim Defendant-Appellee,

and

MAYFIELD PRINCIPALS FUND II, MAYFIELD XI QUALIFIED,
MAYFIELD XI, MAYFIELD IX, L.P., MAYFIELD ASSOCIATES FUND VI,
and MAYFIELD ASSOCIATES FUND IV, L.P.,

Counterclaim Defendants-Appellees,

v.

SECURE DATA IN MOTION, INC.
(doing business as Sigaba),

Defendant/Counterclaimant-Appellant.

George M. Sirilla, Pillsbury Winthrop Shaw Pittman LLP, of McLean, Virginia, argued for plaintiff/counterclaim defendant-appellee, PostX Corporation, and counterclaim defendants-appellees, Mayfield Principals Fund II, et al. With him on the brief were Joseph R. Tiffany II and John M. Grenfell, of Palo Alto, California, and Kevin T. Kramer, of Washington, DC. Of counsel on the brief was William F. Abrams, Bingham McCutchen LLP, of Palo Alto, California.

John L. Cooper, Farella Braun and Martel LLP, of San Francisco, California, argued for defendant/counterclaimant-appellant, Secure Data in Motion, Inc. (doing business as Sigaba). With him on the brief were Jeffrey M. Fisher and Stephanie Powers Skaff. Of counsel were Eric W. Bass and James W. Morando.

Appealed from: United States District Court for the Northern District of California

Judge Susan Illston

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1565, -1566

POSTX CORPORATION,
Plaintiff/Counterclaim Defendant-Appellee,

and

MAYFIELD PRINCIPALS FUND II, MAYFIELD XI QUALIFIED,
MAYFIELD XI, MAYFIELD IX, L.P., MAYFIELD ASSOCIATES FUND VI,
and MAYFIELD ASSOCIATES FUND IV, L.P.,
Counterclaim Defendants-Appellees,

v.

SECURE DATA IN MOTION, INC.
(doing business as Sigaba),
Defendant/Counterciaimant-Appellant.

# Judgment

ON APPEAL from the        United States District Court for
the Northern District of California

in CASE NO(S).        02-CV-04483 and 03-CV-00521

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, LOURIE, and PROST, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: August 17, 2007                    /s/  Jan Horbaly
                                          Jan Horbaly, Clerk